Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2026

**By ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted. Defendant Peter Tengerdy is permitted to travel to Paris, France, from November 25, 2026, through November 30, 2026. The Clerk of the Court is directed to terminate the letter motion at docket number 6.

Dated: September 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: United States v. Peter Tengerdy**
**22-Cr-224 (LGS)**

Dear Judge Schofield:

I write to request that the Court grant a one-time modification to Mr. Tengerdy's supervised release conditions, in order to allow him to travel to Paris, France, from November 25 – November 30, 2026. Neither Probation nor the government object to this request.

In August 2015, Mr. Tengerdy was convicted in the Middle District of Florida of one count of violating 18 U.S.C. §§ 2252(a)(2), 2252(b)(1). His 25-year term of supervised release commenced in April 2023, in the Southern District of New York.

For more than three years, Mr. Tengerdy has diligently complied with the conditions of his supervision. He has also complied with New York State SORA registration, where he is a level one offender – the lowest level. In 2025, the Court permitted Mr. Tengerdy to travel to Paris following his marriage in order to meet his wife's family, and he completed the trip without incident.

Mr. Tengerdy hopes to travel to Paris to reconnect with his wife's family this Thanksgiving. As he did prior to last year's trip, Mr. Tengerdy has prepared a detailed "safety plan" outlining his itinerary, listing the steps that will be taken to assure that he does not interact with minors, and explaining how this trip will aid in his treatment and rehabilitation. That plan was submitted to both Probation and the government, and is attached to this motion for the Court's review.

Neither Probation nor the government object to this request. Given Mr. Tengerdy's perfect compliance with his supervision conditions for over three years and the detailed itinerary he has provided, it is requested that the Court issue an order permitting this one-time international travel.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA James Mandilk

August 17, 2026

TO: Hon. Lorna G Schofield

FROM: Peter Tengerdy

RE: Trip to Paris

**THE EVENT:**
A trip to Paris to connect with family

**MY PARTICIPATION:**
I will be travelling with my wife (and chaperone) Alice Bee to Paris, France. The tentative itinerary is as follows:

| | | |
|---|---|---|
| DL 8741 | Wednesday, November 25, 2026 | |
| Depart: | JFK New York Kennedy | 5:30 PM |
| Arrive: | CDG Paris De Gualle | 6:45 AM November 26, 2025 |

| | | |
|---|---|---|
| DL 8760 | Monday, November 30, 2026 | |
| Depart: | CDG Paris De Gualle | 12:20 PM |
| Arrive: | JFK New York Kennedy | 2:45 PM |

We will be staying at **Hôtel Les Tournelles** for the duration (November 26 – 30), 30 Rue de Turenne, 75003 Paris – +33 1 42 72 73 47.

**IN ATTENDANCE:**
We will be spending most of the time with members of Alice's family (all 30+ with no children). They are all aware of my charges as probationary restrictions. They live in the UK, and as I am restricted from traveling there, we look elsewhere to meet and connect.

**DYNAMIC RISK FACTORS:**
**Impulsivity** and **Resistance to rules and supervision**
There is little risk for either of these as we will be on a tight schedule and in the company of family the entire time.

**Attraction to adolescent females**
No minors will be in our immediate presence; however it is likely that we will encounter adolescent females in passing while out and about. These encounters would be momentary, and we will not be in any locations specifically targeted at minors. We have no plans to visit museums or other attractions where minors may congregate. I'll otherwise be in the company of family, and it is very unlikely that I would be isolated at any time.

**RISK MITIGATION:**
I will likely be taking photos. No photos will be taken for the purpose of sexual arousal/stimulation, and

all will be taken with the mobile phone (Samsung S22), which is under supervision. No unmonitored devices will be used.

All attempts will be made to avoid any situations where I might be isolated with any minors.

If/when there is a need to use a bathroom, I will use a stall with a locking door.

I will not sit or loiter next to any minors during any part of the trip. Our seat assignments are such that we will occupy an outer column where there are only two seats, but if I am seated across the aisle from a minor, I'll take the window seat.

We will remain in Paris for the duration of the trip with no plans to travel outside a 50 km radius. No other countries will be visited and no overnight stays outside of the hotel.

**ESCAPE:**
Should I be seated next to or in close proximity to any minors, we can move to another area where I can better distance myself.

**GOOD LIVES VALUES:**
**Relationships:** This is an opportunity to take advantage of days off around the Thanksgiving holiday and spend time with my wife and her family.
**Personal choice and independence**: Travel affords the chance to feel "normal." Foreign travel has been a part of my life since childhood and has always provided intellectual, cultural, and spiritual growth.
**Happiness**: Shared time with family is a source of happiness. And Paris is not too bad a place to do it.

I will email a post-trip summary documenting if these or any other risk factors needed to be addressed, which ones, and how I addressed them. Or, if there were no risk issues or need to use avoidance/escape I will report that everything went according to plan. Alice will do the same, separately. I appreciate your consideration and look forward to your response.

Cheers,

Peter Tengerdy